UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERRY WILLIAMS, | No. C 06-1418 SI (pr) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| DR. KUENZI; et al., | |
| Defendants. | |

This action is dismissed without prejudice to plaintiff filing a new action in which he asserts claims as to which administrative remedies have been exhausted.

IT IS SO ORDERED AND ADJUDGED.

Dated: June 18, 2007

_____
SUSAN ILLSTON
United States District Judge